81,809-01

TR.CT.No.6011-writ-1 WR-81,809-01

EX PARTE                         §              IN THE

BOBBY OXFORD                     §         COURT OF APPEALS

                                 §          AUSTIN,TEXAS

NOTICE OF APPEAL

COMES NOW, BOBBY OXFORD,TDCJ no. 1656735,BOYD UNIT, 200 spur 113,TEAGUE, TEXAS 75860.

NOTICE is hereby given that BOBBY OXFORD, DEFENDANT in case no. TR.CT. No. 6011-writ-1, WR-81,809-01 hereby APPEALS to the SUPREME COURT OF TEXAS (from the final Judgment / Reconsideration) with NEW EVIDENCE that was provided to the 119th District Court as well as the CRIMINAL COURT OF APPEALS OF TEXAS entered in this action on the 10th day of August,2015 and received on the 18th day of August,2015.

DATED THIS 18th day of AUGUST,2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 24 2015

Abel Acosta, Clerk

YOURS TRULY

BOBBY OXFORD

TDCJ no. 1656735

BOYD UNIT

200 spur 113

TEAGUE,TEXAS 75860

DEFENDANT EX PARTE